1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**
9          **CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**
10

| | |
|---|---|
| JONATHAN M.B.,<br><br>              Plaintiff,<br><br>      v.<br><br>MARTIN O'MALLEY, Commissioner<br>of Social Security,<br><br>              Defendant. | Case No. CV 23-2131-DOC(AS)<br><br>**ORDER ACCEPTING FINDINGS,**<br>**CONCLUSIONS, AND**<br>**RECOMMENDATIONS OF UNITED**<br>**STATES MAGISTRATE JUDGE** |

     Pursuant to 28 U.S.C. § 636, the Court has reviewed the
Complaint, all the records herein, and the attached Report and
Recommendation of United States Magistrate Judge to which no
objections were filed. Accordingly, the Court concurs with and
accepts the findings and conclusions of the Magistrate Judge.

     **IT IS ORDERED** that (1) the Report and Recommendation is
accepted and adopted as the Findings of Fact and Conclusions of
Law herein; (2) the decision of the Administrative Law Judge is
vacated; and (3) the matter is remanded to the Social Security

Administration for further administrative action consistent with the Report and Recommendation.

**IT IS FURTHER ORDERED** that the Clerk serve copies of this Order, the Magistrate Judge's Report and Recommendation and the Judgment on counsel for Plaintiff and the United States Attorney for the Central District of California.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: February 8, 2024

_____
        DAVID O. CARTER
UNITED STATES DISTRICT JUDGE