✔ JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| JONATHAN M.B.,<br><br>              Plaintiff,<br><br>     v.<br><br>MARTIN O'MALLEY, Commissioner of Social Security,<br><br>              Defendant. | Case No. CV 23-2131-DOC(AS)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge, P IT IS HEREBY ADJUDGED that the decision of the Commissioner of the Social Security Administration is reversed in part and the matter is remanded for further administrative action consistent with the Opinion filed concurrently herewith.

DATED: February 8, 2024

*/s/ David O. Carter*
───────────────────────
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE